**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARIO RIVERO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GREENBROOK SPORTS & FITNESS, LLC d/b/a CRUNCH FITNESS f/k/a ECLIPSE FITNESS, a New Jersey corporation,<br><br>Defendant. | Case No.: **3:18-cv-10329-BRM-LHG**<br><br><br><u>**STIPULATION OF DISMISSAL**</u> |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Mario Rivero and Defendant Greenbrook Sports & Fitness, LLC d/b/a Crunch Fitness f/k/a Eclipse Fitness that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action shall be dismissed, with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, and with each party to bear their own fees and costs incurred within.

Respectfully submitted,

By: *s/ Ross H. Schmierer*
Ross H. Schmierer, Esq.
**DENITTIS OSEFCHEN PRINCE, P.C.**
5 Greentree Circle, Suite 410
Marlton, NJ 08053
Telephone: (856) 797-9951
rschmierer@denittislaw.com
*Attorneys for Plaintiff*

By: *s/ Jeffrey N. Rosenthal*
Jeffrey N. Rosenthal, Esquire
**BLANK ROME, LLP**
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5553
rosenthal-j@blankrome.com
*Attorneys for Defendant*

It is so ordered this 22nd day of February, 20 19

Brian R. Martinotti, U.S.D.J.